### Ex parte CLYDE SALYERS.

No. A-3330.    Opinion Filed May 22, 1919.

(180 Pac. 991.)

Application of Clyde Salyers for writ of habeas corpus to be let to bail. Bail denied.

E. M. Carter, for plaintiff in error.

R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM. This was an application of bail, and upon the presentation of the same it was considered and adjudged that the writ be denied, and bail refused.